## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

**KEVIN LEE BURNS,**

     *Plaintiff*,

v.                         **Case No.: 1:23cv204-MW/HTC**

**COASTAL CREMATION INC.,**
**et al.,**

     *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 4, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED without prejudice** for lack of subject-matter jurisdiction." Plaintiff's motion for leave to proceed in forma pauperis, ECF No. 2, is **DENIED as moot**.

The Clerk shall close the file.

**SO ORDERED on September 18, 2023.**

**s/Mark E. Walker**
**Chief United States District Judge**