IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**KEVIN LEE BURNS,**

    *Plaintiff*,

v.                                                        Case No.: 1:23cv204-MW/HTC

**COASTAL CREMATION INC.,**
**et al.,**

    *Defendants*.

_____/

**ORDER VACATING PRIOR ORDER, CONSIDERING
OBJECTIONS, AND ACCEPTING AND ADOPTING
<u>REPORT AND RECOMMENDATION OVER PLAINTIFF'S OBJECTIONS</u>**

      This Court previously adopted the Magistrate Judge's report and recommendation without objection from either side. ECF No. 5. Now this Court has received a "notice of rehearing and/or appeal," from Plaintiff, which this Court construes as objections to the report and recommendation. ECF No. 7. Accordingly, the Clerk is directed to **VACATE** this Court's order, ECF No. 5, and the judgment, ECF No. 6.

      Having considered Defendant's objections, ECF No. 7, *de novo*, this Court again **accepts and adopts** the Magistrate Judge's report and recommendation, ECF No. 4. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED without prejudice** for lack of subject-matter jurisdiction." Plaintiff's motion for

leave to proceed in forma pauperis, ECF No. 2, is **DENIED as moot**. The Clerk shall terminate ECF No. 7. If Plaintiff chooses to appeal this decision further, he must appeal to the Eleventh Circuit Court of Appeals. The Clerk shall close the file.

**SO ORDERED on September 19, 2023.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**